AO 121

| To: | **Mail Stop 8**<br>**Director of Patents and Trademarks**<br>**PO BOX 1450**<br>**Alexandria VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116, you are hereby advised that a court action has been filed in the **U.S. District Court** <u>**for the District of Utah**</u> on the following   ☒ Patents   ☐ Trademarks:

| DOCKET NO.<br>2:10-cv-866-DAK | DATE FILED<br>08/31/2010 | U.S. DISTRICT COURT<br>**Central District of Utah**<br>**350 South Main Street, Room 150, Salt Lake City, UT 84101** |
|---|---|---|
| PLAINTIFF<br><br>EdiZONE, LLC | | DEFENDANT<br><br>Comfort Products, Inc.<br>Wal-Mart Stores, Inc. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT OR<br>TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| **1** 6,026,527 | February 22, 2000 | EdiZONE |
| **2** 5,749,111 | May 12, 1998 | EdiZONE |
| **3** | | |
| **4** | | |
| **5** | | |

In the above-entitled case, the following patents(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT OR<br>TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| **1** | | |
| **2** | | |
| **3** | | |
| **4** | | |
| **5** | | |

In the above-entitled case, a final decision had been rendered or judgment issued:

| DECISION / JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

DISTRIBUTION :    1) Upon initiation of action      2) Upon filing of document adding copyright(s),    3) Upon termination of action ,
                  mail copy to Commissioner &        mail copy to Commissioner &                      mail copy to Registrar of Copyrights &
                  lodge a copy in the file           lodge a copy in the file                         lodge a copy in the file.